UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

HAMLET MATEVOSYAN,

Petitioners,

v.

TODD BLANCHE,[1] et al.,

Respondents.

No. 6:26-CV-130-H

**ORDER OF DISMISSAL**

Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 27. The parties inform the Court that the petitioner "has been released from custody after having been granted asylum." *Id.* at 1. Accordingly, the petitioner's claims against the respondents are dismissed without prejudice and all pending motions are denied as moot.

Each party shall bear its own costs and attorneys' fees.

The Clerk of Court is directed to close this case

So ordered on November 19, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

[1] Todd Blanche, the Acting United States Attorney General, is automatically substituted for his predecessor, Pamela Bondi. *See* Fed. R. Civ. P. 25(d).